United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Melissa A. Berry Smith | § | |
| | § | |
| v. | § | Civil Action 4:22−cv−04250 |
| | § | |
| Texas Children's Hospital, Inc. | § | |

## Notice of Referral

The following motion is referred to Magistrate Judge Andrew M. Edison:

Motion for Summary Judgment − #17

Date: June 5, 2024.

Nathan Ochsner, Clerk

By: Kimberly Picota, Deputy Clerk
Case Manager